IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-02260-WDM-PAC

PAUL BLANGSTED,

    Plaintiff,

v.

SNOWMASS-WILDCAT FIRE PROTECTION DISTRICT, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to defendants William Boineau, Donna Aiken, Irene Greiser, Stan Kornasiewicz and Brian Olsen only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 17, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL