IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-02260-WDM-KLM

PAUL BLANGSTED,

        Plaintiff,

v.

SNOWMASS WILDCAT FIRE PROTECTION DISTRICT, et al.,

        Defendants.

_____

**ORDER**
_____

        Plaintiff moves to strike Defendant Cowan's untimely summary judgment motion

based upon qualified immunity.  Given that this case has been pending for a lengthy

period of time and that the filing violates the scheduling order, the motion is justified,

particularly since it would impose an unfair burden on Plaintiff to respond given the

impending trial.  However, as Defendant points out, Tenth Circuit authority permits the

raising of qualified immunity at any time.  *Langley v. Adams County*, 987 F.2d 1473,

1481 n.3 (10th Cir. 1993).  Although qualified immunity is a waiveable defense, *See*

*Evans v. Fogarty*, 241 Fed. Appx. 542, 551 n.9 (10th Cir.), in this case the defendants

have consistently raised qualified immunity through the Pretrial Order.  Therefore, I

cannot conclude that the defense has been waived as to Defendant Cowan.

        Presented with these competing considerations, I resolve the matter by granting

Plaintiff's motion to strike the motion for summary judgment without prejudice to the

right of Defendant Cowan to move for judgment as a matter of law at the close of Plaintiff's case.  I recognize that this ruling deprives Defendant Cowan of one of the benefits of a pretrial ruling on qualified immunity, namely avoiding litigation expense.  In this case, however, Cowan's own lack of diligence has imposed that cost as he could have timely filed a motion based on qualified immunity and did not.

Since the issue of qualified immunity remains, I will consider Defendant's motion for summary judgment as his trial brief on the issue.

Accordingly, it is ordered:

1.  Plaintiff's Motion to Strike Defendant William Cowan's Motion for Summary Judgment (doc. no. 102)  is granted and the motion for summary judgment (doc. no. 78) is stricken without prejudice to Defendant urging qualified immunity at the close of Plaintiff's case.

DATED at Denver, Colorado, on July 14, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge