**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 22, 2008 |
| Court Reporter: Darlene Martinez | Time: 5 hours and 56 minutes |

**CASE NO. 04-cv-02260-WDM-KLM**

| Parties | Counsel |
|---|---|
| **PAUL BLANGSTED,** | Douglas Steele |
| | Bryan Polisuk |
| Plaintiff (s), | |
| vs. | |
| **SNOWMASS WILDCAT FIRE PROTECTION DISTRICT, and WILLIAM I. COWAN,** | Mark Overturf |
| | Nikolai Frant |
| Defendant (s). | |

**TRIAL TO JURY - DAY TWO**

**8:38 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Plaintiff Paul Blangsted, Defendant William I. Cowan and John Mele, representative for Defendant Snowmass Wildcat Fire Protection District are present.

Court addresses counsel's objections to the deposition designations of Bruce Beardsley.

**ORDERED:** Defendants' Motion in Limine to Exclude Irrelevant Evidence REgarding Fire District Policies (Doc #87), filed 6/28/08 is **GRANTED WITHOUT PREJUDICE.**

**ORDERED:** Defendants' Motion in Limine to Exclude Evidence Regarding Bruce Beardsley and Ken Schaer (Doc #88), filed 6/26/08 is **DENIED.**

**9:17 a.m.** Jurors present.

Further direct examination of the plaintiff Paul Blangsted by Mr. Steele.

**9:24 a.m.** Further cross examination by Mr. Overturf.

**9:37 a.m.** Further redirect examination by Mr. Steele.

Plaintiff excused.

**9:38 a.m.** Deposition of plaintiff's witness Bruce Beardsley is read.

**10:09 a.m.** Direct examination of plaintiff' adverse witness John Mele by Mr. Steele.

**10:10 a.m.** **COURT IN RECESS**

**10:25 a.m.** **COURT IN SESSION**

**10:29 a.m.** Direct examination by Mr. Steele continues.

**11:15 a.m.** Cross examination and direct examination by Mr. Overturf.

**11:45 a.m.** **COURT IN RECESS**

**1:15 p.m.** **COURT IN SESSION**

Further discussions regarding jury instructions.

**Exhibit 16** identified and offered.  Objection by Mr. Steele as to hearsay.  Objection sustained without prejudice.

**1:41 p.m.**     Jurors present.

**1:42 p.m.**     Cross examination and direct examination by Mr. Overturf continues.

**1:49 p.m.**     Redirect examination by Mr. Steele.

Witness excused.

**2:04 p.m.**     Direct examination of Defendant William Cowan by Mr. Polisuk.

**2:10 p.m.**     Bench conference to determine what Mr. Polisuk's intentions are with testimony regarding the newspaper articles that the Court ruled inadmissable.

**2:19 p.m.**     Cross examination by Mr. Overturf.

**2:56 p.m.**     **COURT IN RECESS**

**3:22 p.m.**     **COURT IN SESSION**

        Redirect examination by Mr. Polisuk.

Witness excused.

**3:30 p.m.**     Direct examination of plaintiff's witness William Boineau by Mr. Polisuk.

**Exhibit 11** identified, offered and ADMITTED.

**3:37 p.m.**     Cross examination by Mr. Overturf.

Witness excused.

**3:40 p.m.**     Direct examination of plaintiff's witness Ken Schaer by Mr. Polisuk.

**3:49 p.m.**     Cross examination by Mr. Frant.

Witness excused.

Plaintiff rests.

**4:06 p.m.** Jurors excused.

Further discussions regarding jury instructions.

Mr. Frant moves for Judgment as a Matter of Law, pursuant to Rule 50, which will be addressed prior to the trial proceeding on July 23, 2008.

Mr. Steele advises the Court that plaintiff has a rebuttal witness who today approached him regarding information contrary to one of the witnesses. Mr. Overturf objects because the witness was not sequestered and has been present in the courtroom.

**ORDERED:** Plaintiff's rebuttal witness will not be allowed to testify.

**4:45 p.m.     COURT IN RECESS**

**Total in court time:        356 minutes**

**Hearing continued**