IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 04-cv-02260-WDM-KLM

PAUL BLANGSTED,

    Plaintiff,

v.

SNOWMASS WILDCAT FIRE PROTECTION DISTRICT,
WILLIAM (I) COWAN,
WILLIAM COWAN,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to submit supplemental affidavits is granted.

Dated: September 15, 2008

                                          s/ Jane Trexler, Judicial Assistant