IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 04-cv-02260-WDM-KLM

PAUL BLANGSTED,

    Plaintiff,

v.

SNOWMASS-WILDCAT FIRE PROTECTION DISTRICT and
WILLIAM COWAN,

    Defendants.

## ORDER TO ENTER JUDGMENT

Miller, J.

    By Order dated August 5, 2009 (Docket No. 157) I granted in part Defendants' Motion for a New Trial Based on the Excessive Size of the Verdict or - In the Alternative - Motion for Remittitur (Docket No. 138) as to *remittitur* only.  Therefore, I ordered Plaintiff to elect by written pleading either a *remittitur* of damages to reduce the amount to $322,145 ($250,000 for emotional distress and $72,145 for economic damages) or a new trial limited to the issue of damages, including mitigation.  Plaintiff filed his response on August 13, 2009 (Docket No. 158), electing *remittitur* to $322,145 in total damages.

    Accordingly, it is ordered that the Clerk of Court shall enter judgment for Plaintiff reflecting the jury verdict except that the amount of damages is remitted to $322,145, reflecting $250,000 in emotional distress damages and $72,145 in economic damages.

Plaintiff may have his costs and move for attorneys' fees pursuant to the Federal Rules of Civil Procedure, the Local Rules of this Court and my Pretrial and Trial Procedures.

DATED at Denver, Colorado, on August 17, 2009.

BY THE COURT:

s/ Walker D. Miller
United States District Judge