UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 04-WM-2260

PAUL BLANGSTED  )
 )
       Plaintiff,  )
 )
vs.  )
 )
SNOWMASS-WILDCAT  )
FIRE PROTECTION DISTRICT and  )
WILLIAM COWAN  )
 )
       Defendants.  )
_____ )

ORDER ON THE JOINT STIPULATED MOTION TO VACATE THE AUGUST 18, 2009 FINAL JUDGMENT AND TO DISMISS THE CASE WITH PREJUDICE

The Court have considered the parties' joint stipulated motion to vacate the August 18, 2009 Final Judgment, and having determined that the August 18, 2009 Final Judgment should be vacated as a result of the settlement agreement reached by the parties and that the above-entitled case should be dismissed with prejudice,

IT IS ORDERED that, pursuant to F.R.C.P. 60(b)(5), the Final Judgment entered on August 18, 2009 in this case is hereby vacated and that all claims in this action are dismissed with prejudice, with the subject of attorneys' fees and costs being addressed pursuant to the parties' settlement.

DATED: 10/27/09

_____
UNITED STATES DISTRICT JUDGE